**Order entered June 17, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01094-CR

**AUGUSTO AMBROSIO CARRERA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82936-2016**

## ORDER

We **REINSTATE** the appeal.

By order entered May 30, 2019, the Court abated this appeal and ordered the trial court to conduct a hearing to determine why appellant's brief had not been filed. The trial court was ordered to make findings and transmit a record of those findings to the Court.

Before the Court is appellant's June 13, 2019 third motion to extend the time to file his brief. The brief has been tendered with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

Because findings are no longer necessary, we **VACATE** that portion of our May 30, 2019 order requiring the trial court to conduct a hearing, make findings, and transmit those findings to the Court.

/s/    LANA MYERS
JUSTICE